

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| BLN Capital Funding LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Schwan's Food Service, Inc.,<br><br>Defendant. | Circuit Court of Cook County, Illinois<br>CASE NO. 200BL006496<br><br>08CV4213<br>JUDGE LEFKOW<br>MAG. JUDGE MASON |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**SCHWAN'S FOOD SERVICE, INC.**

| | |
|---|---|
| NAME: Jennifer R. Riccolo | |
| SIGNATURE: /s/ Jennifer R. Riccolo | FILED |
| FIRM: HINSHAW & CULBERTSON LLP | JUL 2 4 2008 |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 | JUL 24, 2008 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293826 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

6344217v1 NEWFILE

## CERTIFICATE OF SERVICE

I hereby certify that on **July 24, 2008,** I filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, via hand delivery and caused to be served by U.S. Mail on all counsel of record.

HINSHAW & CULBERTSON LLP

_/s/ Jennifer R. Riccolo_
Jennifer R. Riccolo

Jennifer R. Riccolo
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
jriccolo@hinshawlaw.com

6344217v1 NEWFILE