IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLN CAPITAL FUNDING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SCHWAN'S FOOD SERVICE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 08 C 4213 <br><br> Judge Lefkow <br> Magistrate Judge Mason |

**NOTICE OF MOTION**

| TO: | **Fred R. Harbecke** <br> **Fred R. Harbecke, Ltd.** <br> 29 S. LaSalle Street <br> Suite 945 <br> Chicago, IL 60603 <br> (312) 443-9505 <br> fredrharbecke@sbcglobal.net | |
|---|---|---|

　　　　PLEASE TAKE NOTICE that on Thursday, August 28, 2008 at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan Lefkow, or any judge sitting in her stead, in Courtroom 1925, at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Dismiss or in the Alternative to Stay and Compel Arbitration, a copy which are hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/*Jennifer R. Riccolo*

HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

**CERTIFICATE OF SERVICE**

　　　　I, the undersigned, an attorney, certify that I caused to be filed this Notice and the documents referenced herein through the Court's ECM/CF system to all counsel of record and caused to be served via e-mailing a copy of same to all counsel of record on July 31, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/*Jennifer R. Riccolo*

6346676v1 890859

6346676v1 890859