IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLN CAPITAL FUNDING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCHWAN'S FOOD SERVICE, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Civil Case No. 08 C 4213 <br><br> Judge Joan H. Lefkow <br><br> Magistrate Judge Mason |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Schwan's Food Service, Inc. through its counsel, Hinshaw & Culbertson LLP and Dorsey & Whitney LLP, files its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, and states that Schwan's Food Service, Inc. is a wholly owned subsidiary of Schwan's Global Food Service, Inc., which is a wholly owned subsidiary of The Schwan Food Company.  The Schwan Food Company is privately held.

                   HINSHAW & CULBERTSON LLP

July 31, 2008

                   */s/ Jennifer R. Riccolo*
                   Jennifer R. Riccolo
                   Counsel for Defendant


Jennifer R. Riccolo, ARDC No. 6283826
jriccolo@hinshawlaw.com
Hinshaw & Culbertson LLP
Suite 300, 222 North LaSalle Street
Chicago, IL 60601
Telephone:  (312) 704-3507
Facsimile:  (312) 704-3001

      --and--

Thomas P. Swigert, ARDC No. 06230374

swigert.tom@dorsey.com
Gretchen A. Agee, ARDC No. 6282421
agee.gretchen@dorsey.com
Dorsey & Whitney LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Counsel for Schwan's Food Service, Inc.*

## CERTIFICATE OF SERVICE

  I, the undersigned, an attorney, certify that I caused to be filed this Corporate Disclosure Statement through the Court's ECM/CF system to all counsel of record and caused to be served via e-mailing a copy of same to all counsel of record on July 31, 2008.

By: /s/*Jennifer R. Riccolo*