IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLN Capital Funding LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 4213 |
| | ) |
| Schwan's Food Services, Inc., | ) Judge Lefkow |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

On August 28, 2008, at 9:30 a.m. or as soon as counsel may be heard, I shall appear before Judge Joan H. Lefkow or the presiding Judge in Room 1925, of the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL, and there present the attached Motion For Leave to File First Amended Complaint.

                                        _____
                                        FRED R. HARBECKE

Fred R. Harbecke
29 S. LaSalle Street
Suite 945
Chicago, Illinois  60603
(312) 443-9505
Attorney No. 50107

## AFFIDAVIT OF SERVICE

This is to certify that I, Fred R. Harbecke,  an attorney, e-served this Notice and the attached Motion For Entry of Default Order and Judgment,  to  Jennifer  R.   Ricccolo (jriccolo@hinshawlaw.com), Hinshaw & Culbertson LLP, Suite 300, 222 N. LaSalle, Chicago, IL 60601; and Thomas P. Swigert (Swigert.tom@dorsey.com) Dorsey & Whitney LLP, Suite 1500, 50 S. Sixth St., Minneapolis, MN 55402-1498, on this 15th day of August, 2008.

                                        _____
                                        Fred R. Harbecke