## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BLN Capital Funding LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 4213 |
| | ) | |
| Schwan's Global Supply Chain, | ) | Judge Lefkow |
| Inc., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

On August 28, 2008 I, Fred R. Harbecke, filed the attached First Amended Verified Complaint, with the United States District Court for the Northern District of Illinois.

/X/ FRED R. HARBECKE

FRED R. HARBECKE
29 S. LaSalle Street, Suite 945
Chicago, Illinois  60603
(312) 443-9505
Attny No.  50107

### AFFIDAVIT OF SERVICE

This is to certify that I, Martha Y. Esparza, a non-attorney e-filed a copy of this Notice and attached First Amended Verified Complaint to Jennifer Rose Riccolo, Hinshaw & Culbertson, 222 N. LaSalle Street, Suite 300, Chicago, IL 60601-1081 by electronic mail at 29 S. LaSalle St., Suite 945, Chicago, IL, 60603 on this 28th day of August, 2008.

Martha Y. Esparza

Sworn and subscribed before me this 28th day of August, 2008.

Notary Public

OFFICIAL SEAL
FRED R. HARBECKE
Notary Public - State of Illinois
My Commission Expires Sep 26, 2010