**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

BLN Capital Funding LLC
                                 Plaintiff,

v.                                                            Case No.: 1:08−cv−04213
                                                             Honorable Joan H. Lefkow

Schwan's Food Service, Inc
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Application to appear pro hac vice [9] is granted. Plaintiff's motion for leave to amend first amended complaint [11] is granted. Defendant's motion to dismiss, or in the alternative, to stay and compel arbitration [5] is withdrawn. Defendant shall file renewed motion by 10/3/2008; response due by 10/24/2008; reply due by 10/31/2008; ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.